UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM MITCHELL,<br><br>　　　　　　　　Defendant. | Case No. CR22-177 JLR<br><br>DETENTION ORDER |

Defendant William Mitchell is charged with escape from custody, 18 U.S.C. §§ 751(a), 4082(a). The Court held a detention hearing on May 20, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as there is a serious risk Mr. Mitchell will flee based on the charge.

2. Upon advice of counsel, Mr. Mitchell declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

3. Mr. Mitchell poses a risk of nonappearance due to a history of absconding and

escape, including the instant offense. In addition, Mr. Mitchell was not interviewed so there is little information regarding his ties to this district.

4. Mr. Mitchell poses a risk of danger due to a pattern of similar criminal conduct.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Mitchell's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Mitchell shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Mitchell shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Mitchell is confined shall deliver Mr. Mitchell to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Mitchell, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

1    DATED this 20th day of May, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3