THE HONORABLE JUDGE ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WILLIAM MITCHELL,<br><br>            Defendant. | No. CR22-177-JLR<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for July 22, 2024, and pretrial motions deadline. The Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsels for the defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to her defense, and to consider possible defenses;

ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE
(*USA v. MITCHELL CR22-177-JLR*) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Ave, Suite 309
Seattle, Washington 98121
(206)817-0778

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the additional time requested between the current trial date of July 19 2024, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above;

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 15, 2024, and that pretrial motions shall be filed no later than August 15, 2024.

DONE this 29th day of May, 2024.

_____
JAMES ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. MITCHELL CR22-177-JLR*) - 2

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Ave, Suite 309
Seattle, Washington 98121
(206)817-0778