UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>WILLIAM MITCHELL,<br><br>               Defendant. | CASE NO. CR22-0177JLR<br><br>ORDER GRANTING MOTION TO WITHDRAW |

THIS COURT having been presented with the defendant's motion to withdraw as counsel for defendant and after reviewing the reasons presented together with the record, the defense motion is GRANTED. The court further orders the CJA coordinator to appoint new counsel for the defendant.

Dated this 22nd day of August, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 1