UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>WILLIAM MITCHELL,<br><br>           Defendant. | CASE NO. CR22-0177JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 11, 2024, the court received an *ex parte* pleading from Defendant William Mitchell, who is represented by counsel in this case. The pleading was not signed by Mr. Mitchell's counsel. The court does not accept pleadings directly from parties who are represented by counsel. *See* Local Rules W.D. Wash. LCR 83.2(b)(5).

//

MINUTE ORDER - 1

Accordingly, Mr. Mitchell's *ex parte* pleading will not be filed on the case docket and will not be considered by the court.

Filed and entered this 15th day of October, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2